.

CHAD STEVEN ORT                    ST BK PRLCTY
609 OLD HWY 49                     215 S MAIN
SEMINARY, MS 39479                 PEARL CITY, IL 61062


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236


1ST FRANKLIN
803 US HWY 98 BYPASS
 SUITE B
COLUMBIA, MS 39429


ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130


CITI CARD
PO BOX 790040
ST LOUIS, MO 36179


CITIIBANK
PO BOX 790040
ST LOUIS, MO 63179


KUBOTA CREDIT CORP
ATTN: BANKRUPTCY
P.O. BOX 2046
GRAPEVINE, TX 76099


MIDLAND MORTGAGE CO
PO BOX 26648
OKLAHOMA CITY, OK 73216