Certificate Number: 17082-MSS-DE-039837838

Bankruptcy Case Number: 25-50935



17082-MSS-DE-039837838

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 6, 2025</u>, at <u>11:27</u> o'clock <u>AM MST</u>, <u>CHAD ORT</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:  July 6, 2025

By:     /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:  Executive Director