## Proceeding Minutes / Proceeding Memo

**Case #:** 25-50935      **Case Name:** Chad Steven Ort

**Set:** 09/16/2025 01:30 pm    **Chapter:** 13    **Type:** bk    **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Minute Entry Re: (related document(s): [10] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)