## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: CHAD STEVEN ORT                                    Case No. 25-50935

### OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, the Creditor, 1st Franklin Financial Corporation, by and through its attorney of record and files this, its Objection to Confirmation of Chapter 13 Plan as to the Creditor's treatment for the purpose of plan confirmation and would respectfully show unto this honorable Court, as follows:

(1)

Debtor is indebted to 1st Franklin Financial Corporation on a loan evidenced by 1st Franklin Financial Corporation's proof of claim that will be filed in this case in the amount of $16,225.20, not including 1st Franklin Financial Corporation's post-petition interest, attorney's fees and costs and expenses to the extent permissible under 11 U. S. C. § 506(b). 1st Franklin Financial Corporation retains a purchase money security interest in the following collateral: a newly installed roof on home located at 609 Old HWY 49, Seminary, MS 39479.

(2)

The Creditor would show that the debt presently owed on the property is $16,225.20 protected by collateral valued at $15,000.00 making the Creditor, 1st Franklin Financial Corporation, secured.

WHEREFORE, PREMISES CONSIDERED, the Creditor, 1st Franklin Financial Corporation, prays that the Court will sustain its objection and deny Confirmation of the Debtor's proposed treatment and that the Creditor be paid in full at a rate according to the proper valuation and for other relief as is good and equitable. Further, that the Court will dismiss the Debtor's

Chapter 13 bankruptcy.

                                                         Respectfully submitted,

                                                         AKINS & ADAMS, P. A.
                                                         By:/s/ Bart M. Adams
                                                             Bart M. Adams
                                                             Attorney for 1st Franklin

AKINS & ADAMS, P. A.
108 E. JEFFERSON STREET
RIPLEY, MISSISSIPPI 38663
(662) 837-9976

# CERTIFICATE OF SERVICE

      I, Bart M. Adams, attorney of record for the Creditor, do hereby certify that the following parties, being registered with the CM/ECF system, have this day received electronic notification to:

David Rawlings                 ecfnotices@rawlings13.net

U. S Trustee                   USTPRegion05.AB.ECF@usdoj.gov

Thomas Carl Rollins, Jr.       trollins@therollinsfirm.com

      SO, CERTIFIED, this, the 9th day of September, 2025.

                                                         /s/ Bart M. Adams
                                                         Bart M. Adams
                                                         Attorney for Creditor