**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: CHAD STEVEN ORT                                    Case No. 25-50935

**CORPORATION STATEMENT**

Comes now the Plaintiff, 1st Franklin Financial Corporation, by and through undersigned counsel, pursuant to FRCP 7.1, and files this Corporate Disclosure Statement, stating as follows:

(1)

1st Franklin Financial Corporation, is a Georgia corporation registered and authorized to do business in the State of Mississippi, having as its office and principal place of business located at 803B HWY 98, Columbia, MS 39429.

THIS, the 9th day of September, 2025.

Respectfully submitted,

                                      AKINS & ADAMS, P. A.

                                      By:/s/ Bart M. Adams
                                      Bart M. Adams
                                      Attorney for 1st Franklin Financial Corporation

AKINS & ADAMS, P. A.
108 E. JEFFERSON STREET
RIPLEY, MISSISSIPPI 38663
(662) 837-9976

## CERTIFICATE OF SERVICE

I, Bart M. Adams, attorney of record for the Creditor, do hereby certify that the following parties, being registered with the CM/ECF system, have this day received electronic notification to:

David Rawlings	ecfnotices@rawlings13.net

U. S Trustee	USTPRegion05.AB.ECF@usdoj.gov

Thomas Carl Rollins, Jr.	trollins@therollinsfirm.com

SO, CERTIFIED, this, the 9th day of September, 2025.

/s/ Bart M. Adams
Bart M. Adams
Attorney for Creditor