MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:   Chad Steven Ort

Case No.: 25-50935

_____
Debtor(s)

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,

1st Franklin Financial Corporation
_____, a
[Name of Corporate Party]

**[Check One]**

[✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

```
┌──────────────────────────────────────────────────────────┐
│                                                            │
│                                                            │
│                                                            │
└──────────────────────────────────────────────────────────┘
```

**OR**

[✔] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 09/11/2025

_Bart M. Adams (signature)_
Attorney Signature

Bart M. Adams
Attorney Name

100985
State Bar Number

108 E Jefferson St.
Address

Ripley, MS 38663
City, State, and Zip Code

662-837-9976
Telephone Number

bart@akinsadams.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**