United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50935-KMS
Chad Steven Ort Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Sep 09, 2025     Form ID: dn022     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bankruptcy@1ffc.com | Sep 09 2025 19:32:00 | 1st Franklin Financial Corporation, 803B HWY 98, Columbia, MS 39429-3710 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:

**Name**     **Email Address**

Bart M Adams
    on behalf of Creditor 1st Franklin Financial Corporation tosha@akinsadams.com

David Rawlings
    ecfnotices@rawlings13.net sduncan@rawlings13.net

Kimberly D. Putnam
    on behalf of Creditor MidFirst Bank Bankruptcy Department kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Chad Steven Ort trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Sep 09, 2025 | Form ID: dn022 | Total Noticed: 1 |

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

dn022−ntcfilecorpstmt−cm (7/25)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**                                                               **Case No.:** 25−50935−KMS

    Chad Steven Ort                                                   **Chapter:** 13

*Debtor(s)*

**To:** Bart M. Adams, Esq.

### Notice to File Corporate Ownership Statement

      On September 9, 2025, you filed an Objection to Confirmation of Plan (Dkt. # 22) on behalf of 1st Franklin Financial Corporation (the Movant) in the above−referenced case. Pursuant to Miss. Bankr. L.R. 9014−1(c)(1) any corporation (including a general partnership, limited partnership, joint venture, or limited liability company), other than a governmental unit, that is a party to a contested matter shall file a Corporate Ownership Statement (the "Statement") containing the information described in Fed. R. Bankr. P. 7007.1[1].

      Therefore, on or before **September 11, 2025**, the Movant must file the Statement[2]. Failure to file the Statement may result in a hearing to show cause why the Court should not impose sanctions for failing to comply with Miss. Bankr. L.R. 9014−1(c)(1).

Date: September 9, 2025                           Danny L. Miller, Clerk of Court
                                                                      Dan M. Russell, Jr. U.S. Courthouse
                                                                        2012 15th Street, Suite 244
                                                                        Gulfport, MS 39501
                                                                        228−563−1790

_____

[1] Rule 7007.1 requires that the statement identify any parent corporation and any publicly held corporation that owns 10% or more of stock or states that there is no such corporation.

[2] Corporate Ownership Statement (Local Form MSSB−7007.1−Bk) is available on the court's website www.mssb.uscourts.gov.