# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50935        **Case Name:** Chad Steven Ort

**Set:** 10/14/2025 01:30 pm    **Chapter:** 13    **Type:** bk    **Judge:** Katharine M. Samson

**matter** Objection to Confirmation of Plan Filed by Creditor 1st Franklin Financial Corporation. (Dkt. #22)

---

Minute Entry Re: (related document(s): [22] Objection to Confirmation of the Plan filed by 1st Franklin Financial Corporation) Rollins to submit an Agreed Order. Order due by 10/28/2025. Email received from Rollins' office. (mcc)