

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: October 17, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## IN THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: CHAD STEVEN ORT**                                   **CASE NO. 25-50935-KMS**

### AGREED ORDER RESOLVING
### OBJECTION TO CONFIRMATION (DK#22)

The Court is advised that the parties have settled the matter of 1st Franklin Financial Corporation's Objection to Confirmation of the Debtor's Chapter 13 Plan (DK#22) and agree that this Objection should be overruled. The Court finds that the agreement of the parties should be incorporated into this Order.

(1)

That the claim of 1st Franklin Financial Corporation (Claim No. 2) filed in the amount of $15,982.72 shall be treated as follows: That 1st Franklin Financial Corporation's claim shall be paid in the amount of $1,500.00 plus 10.00% interest in monthly payments to be determined by the Trustee over the life of the debtor's plan.

(2)

That upon payment of $1,500.00 plus interest, any liens be canceled and any title documents be returned to the debtor. Further, that the remaining balance shall be paid as a general unsecured creditor.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that 1st Franklin Financial Corporation's Objection to Confirmation of Chapter 13 Plan (DK#22) is granted subject to the provisions herein. Further, that the agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##


/s/ Bart M. Adams
Attorney for 1st Franklin Financial Corporation

/s/Samuel J. Duncan
Attorney for Chapter 13 Trustee

/s/ Thomas C. Rollins, Jr.
Attorney for Debtor

Submitted by:

Bart M. Adams, Esq. Bar No.:100985
108 E. Jefferson St.
Ripley, MS 38663
(662) 837-9976
bart@akinsadams.com