United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-50935-KMS |
| Chad Steven Ort | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Oct 17, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Chad Steven Ort, 609 Old Hwy 49, Seminary, MS 39479-9466 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bart M Adams | on behalf of Creditor 1st Franklin Financial Corporation tosha@akinsadams.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Kimberly D. Putnam | on behalf of Creditor MidFirst Bank  Bankruptcy Department kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Chad Steven Ort trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Oct 17, 2025 Form ID: pdf012 Total Noticed: 1
TOTAL: 5



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: October 17, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## IN THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: CHAD STEVEN ORT            CASE NO. 25-50935-KMS

### AGREED ORDER RESOLVING
### OBJECTION TO CONFIRMATION (DK#22)

The Court is advised that the parties have settled the matter of 1st Franklin Financial Corporation's Objection to Confirmation of the Debtor's Chapter 13 Plan (DK#22) and agree that this Objection should be overruled. The Court finds that the agreement of the parties should be incorporated into this Order.

(1)

That the claim of 1st Franklin Financial Corporation (Claim No. 2) filed in the amount of $15,982.72 shall be treated as follows: That 1st Franklin Financial Corporation's claim shall be paid in the amount of $1,500.00 plus 10.00% interest in monthly payments to be determined by the Trustee over the life of the debtor's plan.

(2)

That upon payment of $1,500.00 plus interest, any liens be canceled and any title documents be returned to the debtor. Further, that the remaining balance shall be paid as a general unsecured creditor.

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that 1st Franklin Financial Corporation's Objection to Confirmation of Chapter 13 Plan (DK#22) is granted subject to the provisions herein. Further, that the agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##

/s/ Bart M. Adams
Attorney for 1st Franklin Financial Corporation

/s/Samuel J. Duncan
Attorney for Chapter 13 Trustee

/s/ Thomas C. Rollins, Jr.
Attorney for Debtor

Submitted by:

Bart M. Adams, Esq. Bar No.:100985
108 E. Jefferson St.
Ripley, MS 38663
(662) 837-9976
bart@akinsadams.com