United States Bankruptcy Court
Southern District of Mississippi

In re:  
Chad Steven Ort  
    Debtor

Case No. 25-50935-KMS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3  
Date Rcvd: Oct 22, 2025      Form ID: n031      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chad Steven Ort, 609 Old Hwy 49, Seminary, MS 39479-9466 |
| 5533110 | + | Kimberly D. Putnam, Esq., For Midfirst Bank, Dean Morris, LLC, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 5534920 | ++ | STATE BANK OF PEARL CITY, PO BOX 397, PEARL CITY IL 61062-0397 address filed with court:, State Bank of Pearl City, PO Box 397, Pearl City, IL 61062 |
| 5527619 | + | St Bk Prlcty, 215 S Main, Pearl City, IL 61062-9220 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@1ffc.com | Oct 22 2025 19:30:00 | 1st Franklin Financial Corporation, 803B HWY 98, Columbia, MS 39429-3710 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 22 2025 19:31:40 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 22 2025 19:29:00 | MidFirst Bank, Aldridge Pite, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| cr | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 22 2025 19:31:41 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5527612 | + | Email/Text: bankruptcy@1ffc.com | Oct 22 2025 19:30:00 | 1st Franklin, 803 Us Hwy 98 Bypass, Suite B, Columbia, MS 39429-3710 |
| 5532589 | + | Email/Text: bankruptcy@1ffc.com | Oct 22 2025 19:30:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5547966 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 22 2025 19:31:27 | Ally Capital, Ally Capital c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5528975 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 22 2025 19:31:27 | Ally Capital Department, AIS Portfolio Services, LLC, Account: XXXXXXXX1118, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5527613 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 22 2025 19:29:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5527614 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 22 2025 19:31:41 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5527615 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 19:41:51 | Citi Card, Po Box 790040, St Louis, MO 63179-0040 |
| 5560177 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 19:41:53 | Citibank N.A., Citibank, N.A., 5800 S Corporate |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2025 | Form ID: n031 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | Pl, Sioux Falls, SD 57108-5027 |
| 5527616 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 22 2025 19:41:53 | Citiibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5527617 | ^ | MEBN | Oct 22 2025 19:26:53 | Kubota Credit Corp, Attn: Bankruptcy, P.O. Box 2046, Grapevine, TX 76099-2046 |
| 5548400 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Oct 22 2025 19:29:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5548886 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 22 2025 19:31:41 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 5527618 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 22 2025 19:31:41 | Midland Mortgage Co, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5541686 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2025 19:41:55 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5534920 | | Email/Text: pc@pearlcitybk.com | Oct 22 2025 19:29:00 | State Bank of Pearl City, PO Box 397, Pearl City, IL 61062 |
| 5528314 | | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Oct 22 2025 19:31:41 | U.S. Department of Housing and Urban Development, US Department of HUD, 77 Forsyth Street SW, Atlanta, GA 30303 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bart M Adams | on behalf of Creditor 1st Franklin Financial Corporation tosha@akinsadams.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Kimberly D. Putnam | on behalf of Creditor MidFirst Bank  Bankruptcy Department kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Chad Steven Ort trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6 User: mssbad Page 3 of 3
Date Rcvd: Oct 22, 2025 Form ID: n031 Total Noticed: 23

United States Trustee
                USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50935−KMS
**Chapter:** 13

**In re:**

Chad Steven Ort
aka Chad Ort
609 Old Hwy 49
Seminary, MS 39479

### Notice of Entry of Order Confirming Plan

The Court entered an Order on October 22, 2025 (Dkt. # 33 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 22, 2025                                Danny L. Miller, Clerk of Court