_____



**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 29, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. |
| CHAD STEVEN ORT | 25-50935 KMS |
| 609 Old Hwy 49 | |
| Seminary, MS  39479 | SSN: XXX-XX-2494 |

### AMENDED ORDER TO EMPLOYER TO DEDUCT FROM WAGES

IT APPEARING to the Court that there is now pending a certain Chapter 13 proceeding in which the above named debtor subjected his earnings to the jurisdiction of the Court; the debtor's principal income is from wages, salary or commissions; and that the employer of the debtor is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the debtor [with the employer being directed to pay all or part of such income to the Trustee. 11 U.S.C. §1325(c)]

IT FURTHER APPEARING that it is requisite to effectuate the provisions of the debtor's plan; that the employer is directed to pay a portion of the debtor's earnings into the Court for distribution to creditors, and that such employer is:

  MUNN ENTERPRISES
  7712 HWY 49 NORTH
  HATTIESBURG, MS 39402

IT IS ORDERED that until further notice of this Court, the above named employer is required to deduct from the debtor's earnings and pay over to :

  DAVID RAWLINGS, TRUSTEE
  P.O. BOX 85338
  CHICAGO, IL 60689-5338

the sum of <u>$2,412.15 MONTHLY</u> to be submitted to the above Trustee monthly.  Effective October, 2025.

IT IS FURTHER ORDERED that the employer shall hereafter cease to withhold from the wages of said employee any sums that would prevent the payment of the above plan payment to the Trustee, except such sums as may be required to be withheld by State or Federal law for income taxes, FICA,

employment security taxes, required state retirement, and social security contributions, insurance for medical, dental, and vision, and such sums as required by Court Order for alimony or child support unless such alimony or child support is provided for in the Chapter 13 Plan.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net