United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50935-KMS
Chad Steven Ort Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Jan 15, 2026      Form ID: n001      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Chad Steven Ort, 609 Old Hwy 49, Seminary, MS 39479-9466 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5532589 | + Email/Text: bankruptcy@1ffc.com | Jan 15 2026 19:19:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bart M Adams | on behalf of Creditor 1st Franklin Financial Corporation tosha@akinsadams.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Kimberly D. Putnam | on behalf of Creditor MidFirst Bank Bankruptcy Department kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jan 15, 2026 | Form ID: n001 | Total Noticed: 2 |

Thomas Carl Rollins, Jr
    on behalf of Debtor Chad Steven Ort trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

In re:   Chad Steven Ort                                                                 Case No.:25−50935−KMS

**Chapter** 13

**To:** Assignee/Transferee                                    **To:** Assignor/Transferor

LVNV Funding LLC                                              1st Franklin Financial Corporation
P O Box 10587                                                 P O Box 880
Greenville SC 29603−0587                                      Toccoa GA 30577

### Notice of Assignment/Transfer of Claim

   **Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that 1st Franklin Financial Corporation has assigned/transferred its claim in the amount of $15982.72 to LVNV Funding LLC.

   **Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **February 5, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

   **Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: January 15, 2026                           Danny L. Miller, Clerk of Court
                                                  Dan M. Russell, Jr. U.S. Courthouse
                                                  2012 15th Street, Suite 244
                                                  Gulfport, MS 39501

                                                  228−563−1790