**Fill in this information to identify the case:**

Debtor 1: Chad S. Ort

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Mississippi Gulfport-6 Divisional Office

Case number: 25-50935-KMS

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: MidFirst Bank

Court claim no. (if known): 7-1

Last four digits of any number you use to identify the debtor's account: XXXX6929

Does this notice supplement a prior notice of postpetition fees, expenses and charges?

☒ No
☐ Yes. Date of Last Notice: ____ /____ /____

### Part 1: Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) $ | 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ | 0.00 |
| 3. Attorney's fees | | (3) $ | 0.00 |
| 4. Filing fees and court costs | | (4) $ | 0.00 |
| 5. Bankruptcy/Proof of Claim fees | 8/20/2025 | (5) $ | 350.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ | 0.00 |
| 7. Property Inspection fees | | (7) $ | 0.00 |
| 8. Tax advances (non-escrow) | | (8) $ | 0.00 |
| 9. Insurance advances (non-escrow) | | (9) $ | 0.00 |
| 10. Property preservation expenses. Specify: _____ | | (10) $ | 0.00 |
| 11. Other. Specify: _____ | | (11) $ | 0.00 |
| 12. Other: Specify: _____ | | (12) $ | 0.00 |
| 13. Other. Specify: _____ | | (13) $ | 0.00 |
| 14. Other. Specify: _____ | | (14) $ | 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Chad Steven Ort | Case number (*if known*) 25-50935-KMS |
|---|---|---|
| | First Name    Middle Name    Last Name | |

### Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Michael Lindsey
Signature

Date: 01/22/2026

Print: Michael Lindsey
First Name   Middle Name   Last Name

Title: Attorney at Law

Company: Halliday, Watkins & Mann, P.C.

244 Inverness Center Dr, Ste 200
Number   Street

Salt Lake City, UT 84111
City           State      Zip

Contact Phone (801) 355-2886

Email info@hwmlawfirm.com

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses and Charges    page 2

## MAILING CERTIFICATE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Post-Petition Mortgage Fees, Expenses, and Charges was mailed by first class mail, postage prepaid, or via ECF, this 22nd day of January, 2026, to each of the following:

Chad Steven Ort
609 Old Highway 49
Seminary, MS 39479
Debtor

United States Trustee
Via ECF

Thomas Carl Rollins, Jr
Via ECF
Attorney for Debtor

David Rawlings
Via ECF
Chapter 13 Trustee

/s/ Michael Lindsey
Michael Lindsey, MS Bar No. 106094
Halliday, Watkins & Mann, P.C.
244 Inverness Center Dr, Ste 200
Birmingham, Al 35242
michaell@hwmlawfirm.com
801-355-2886

# Printable Invoice

Submitted On Loan Number: ███████

## Dean Morris, LLC
1505 N. 19th Street

Monroe, LA 71201

(318) 388-1440

72-0676934

13410

| | | | |
|---|---|---|---|
| Invoice Date: | 08/26/2025 | Invoice Number: | 6064307 |
| | | Current Status: | PRESENTED FOR PAYMENT |
| Submitted To: | Midland Mortgage, a Division of MidFirst Bank | Sequence Number: | C90140003581698 |
| | 999 N.W Grand Blvd. | I.E. Batch ID: | |
| | Oklahoma City, OK 73126 | Order Number: | N/A |
| Loan Number: | ███████ | Date Created: | 08/26/2025 |
| Loan Type: | FHA | Date Submitted: | 08/26/2025 |
| Investor: | OTHER | Date Posted: | 09/04/2025 |
| Investor Number: | | Date Paid: | |
| Bankruptcy Case Number: | 25-50935-13 | Created By: | Julie |
| Vendor's File Number: | B25-0148 | Paid from Account (Check No.): | |
| Borrower's Name: | CHAD STEVEN ORT | | |
| Property Address: | 609 OLD HIGHWAY 49 | | |
| | SEMINARY, MS 39479-0000 | | |

**BANKRUPTCY - CHAPTER 13**

Status Reason Description: Invoice posted in iClear Batch #: 15296

| | Item Code | Item Description | Related Dates | R. | Qty | Qty Type | Rate | Adjustment | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 21111 | Attorney Fee - BK - Authorized | Completed:08/25/2025 | N | 1.00 | Flat | $150.00 | $0.00 | $150.00 |

NOTES: ATTY FEE - AMENDED PLAN REVIEW - NON RECOVERABLE

Total Bankruptcy - Chapter 13 Fees: $150.00

Grand Total: $150.00

**Printable Invoice**

Submitted On Loan Number: ▇▇▇▇▇▇▇

**Dean Morris, LLC**

1505 N. 19th Street

Monroe, LA 71201

(318) 388-1440

72-0676934

13410

| | | | |
|---|---|---|---|
| Invoice Date: 08/21/2025 | | Invoice Number: | 6064261 |
| | | Current Status: | PRESENTED FOR PAYMENT |
| Submitted To: | Midland Mortgage, a Division of MidFirst Bank | Sequence Number: | C90140003577799 |
| | 999 N.W Grand Blvd. | I.E. Batch ID: | |
| | Oklahoma City, OK 73126 | Order Number: | N/A |
| Loan Number: | ▇▇▇▇▇▇▇ | Date Created: | 08/21/2025 |
| Loan Type: | FHA | Date Submitted: | 08/21/2025 |
| Investor: | OTHER | Date Posted: | 08/27/2025 |
| Investor Number: | | Date Paid: | |
| Bankruptcy Case Number: | 25-50935-13 | Created By: | Julie |
| Vendor's File Number: | B25-0148 | Paid from Account (Check No.): | |
| Borrower's Name: | CHAD STEVEN ORT | | |
| Property Address: | 609 OLD HIGHWAY 49 | | |
| | SEMINARY, MS 39479-0000 | | |

**BANKRUPTCY - CHAPTER 13**

Status Reason Description: Invoice posted in iClear Batch #: 15291

| # | Item Code | Item Description | Related Dates | R | Qty | Qty Type | Rate | Adjustment | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 21112 | Attorney Fee - BK - POC | Completed: 08/20/2025 | Y | 1.00 | Flat | $275.00 | $0.00 | $275.00 |
| | *NOTES: ATTY FEE - PROOF OF CLAIM - RECOVERABLE* | | | | | | | | |
| 2 | 21112 | Attorney Fee - BK - POC | Completed: 08/20/2025 | N | 1.00 | Flat | $550.00 | $0.00 | $550.00 |
| | *NOTES: ATTY FEE - PROOF OF CLAIM - NON RECOVERABLE* | | | | | | | | |
| 3 | 21201 | BK Fee - POC - Form 410A Loan Payment History | Completed: 08/20/2025 | N | 1.00 | Flat | $325.00 | $0.00 | $325.00 |
| | *NOTES: ATTY FEE - PROOF OF CLAIM - B410A - NON RECOVERABLE* | | | | | | | | |

Total Bankruptcy - Chapter 13 Fees: $1,150.00

Grand Total: $1,150.00

Report Name: /Servicer Standard Reports/ Printable Invoice        Date/Time Executed: 12/4/2025 4:36:11 PM

Report Server: https://iclear-rs.a360inc.com/ReportServer     Page 1 of 1     Executed By: esanrom

**Printable Invoice**

Submitted On Loan Number: █████████

# Aldridge Pite LLP

Six Piedmont Center 3525 Piedmont Road NE Suite 700

Atlanta, GA 30305

(404) 994-7400

27-1372364

263710

| | | | |
|---|---|---|---|
| Invoice Date: | 10/06/2025 | Invoice Number: | 12750140 |
| | | Current Status: | PRESENTED FOR PAYMENT |
| Submitted To: | Midland Mortgage, a Division of MidFirst Bank | Sequence Number: | C90140003627157 |
| | 999 N.W Grand Blvd. | I.E. Batch ID: | 22494985 |
| | Oklahoma City, OK 73126 | Order Number: | N/A |
| Loan Number: | ███████ | Date Created: | 10/07/2025 |
| Loan Type: | FHA | Date Submitted: | 10/07/2025 |
| Investor: | OTHER | Date Posted: | 10/17/2025 |
| Investor Number: | | Date Paid: | |
| Bankruptcy Case Number: | 25-50935-13 | Created By: | D-Insell |
| Vendor's File Number: | 000013-057131-P | Paid from Account (Check No.): | |
| Borrower's Name: | CHAD STEVEN ORT | | |
| Property Address: | 609 OLD HIGHWAY 49 | | |
| | SEMINARY, MS 39479-0000 | | |

**BANKRUPTCY - CHAPTER 13**

Status Reason Description: Invoice posted in iClear Batch #: 15327

| | Item Code | Item Description | Related Dates | R | Qty | Qty Type | Rate | Adjustment | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 21116 | Attorney Fee - BK - Other | Completed: 10/06/2025 | N | 1.00 | Flat | $175.00 | $0.00 | $175.00 |

NOTES: Escrow Change letter Filed - Non-Recoverable

Total Bankruptcy - Chapter 13 Fees: $175.00

Grand Total: $175.00