UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  CHAD STEVEN ORT

DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-50935 KMS

## MOTION TO ALLOW SUPPLEMENTAL CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Supplemental Claim:

MIDFIRST BANK
999 NW Grand Boulevard
Oklahoma City, OK  73118

Court Claim No. 7

Date of Notice of Post-Petition Mortgage Fees/Expenses:  January 22, 2026

Amount of Post-Petition Mortgage Fees/Expenses:  $350.00

Classification:  Secured

Trustee has reviewed the above Supplemental Claim and recommends that it would be in the best interests of the Debtor to allow said Claim, as a Special Claim, and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan, which should be modified in accord herewith, and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

/s/  David Rawlings

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

Page 1 of 2

## CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that on January 27, 2026, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

CHAD STEVEN ORT
609 Old Hwy 49
Seminary, MS  39479

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS  39236

MIDFIRST BANK
999 NW Grand Boulevard
Oklahoma City, OK  73118

/s/  David Rawlings

DAVID RAWLINGS, TRUSTEE