**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Chad Steven Ort, Debtor** **Case No. 25-50935-KMS**
**CHAPTER 13**

**OBJECTON TO NOTICE OF MORTGAGE PAYMENT CHANGE**

COMES NOW Debtor, by and through counsel, and file this Objection to Notice of Mortgage Payment Change (dk# 55) as filed by MidFirst Bank.

1. The payment change reflected in the Notice appears was due to an increase in the Debtor's escrow account related to homeowner's insurance.
2. There was an insurance discrepancy upon which the Notice is based has already been resolved by the Debtor.
3. The Debtor has provided the necessary insurance information and/or otherwise corrected the issue with the Mortgage Creditor.
4. Significantly, after the insurance issue was corrected, the Debtor received correspondence from the MidFirst Bank confirming the correct monthly mortgage payment of $1,603.98. A copy of the Mortgage Creditor's correspondence is attached hereto as Exhibit A.
5. The amount reflected in the Mortgage Creditor's correspondence is inconsistent with the amount set forth in the Notice of Mortgage Payment Change.

**WHEREFORE**, the Debtor respectfully requests that the Court sustain the Debtor's Objection to the Notice of Mortgage Payment Change, determine that the payment amount reflected in the Notice is incorrect due to the previously resolved insurance discrepancy, require the Mortgage Creditor to recognize the corrected mortgage payment $1,603.98 and grant such other and further relief as the Court deems just and proper.

This date, November 5, 2026.

Respectfully submitted,

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Objection was forwarded on November 5, 2026 to:

By first class mail, postage pre-paid:

MidFirst Bank
999 NW Grand Blvd
Oklahoma City, OK 73118

By Electronic CM/ECF Notice:

Jordan A. Greer, Attorney for Creditor

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
Chad Steven Ort

CASE NO: 25-50935

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 11/5/2026, I did cause a copy of the following documents, described below,

OBJECTON TO NOTICE OF MORTGAGE PAYMENT CHANGE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/5/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Chad Steven Ort

CASE NO: 25-50935

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/5/2026, a copy of the following documents, described below,

OBJECTON TO NOTICE OF MORTGAGE PAYMENT CHANGE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/5/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

MIDFIRST BANK
999 NW GRAND BLVD
OKLAHOMA CITY, OK 73118