**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Chad Steven Ort, Debtor** **Case No. 25-50935-KMS**
**CHAPTER 13**

# ORDER

THIS MATTER came before the Court upon the Debtor's Objection to Notice of Mortgage Payment Change (Dkt. No. 55) filed by MidFirst Bank (the "Mortgage Creditor"). The Court, having reviewed the Objection, the Notice of Mortgage Payment Change, the correspondence from the Mortgage Creditor attached thereto as Exhibit A, and being otherwise sufficiently advised in the premises, finds that the Objection is well taken and should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. The Debtor's Objection to Notice of Mortgage Payment Change (Dkt. No. 55) is SUSTAINED.
2. The Notice of Mortgage Payment Change filed by MidFirst Bank is rejected as to the payment amount stated therein, as the payment change was based upon an insurance discrepancy that has been resolved by the Debtor.

3. MidFirst Bank shall recognize the corrected monthly mortgage payment in the amount of $1,603.98, as confirmed by the Mortgage Creditor's correspondence attached to the Debtor's Objection as Exhibit A.

4. To the extent necessary, MidFirst Bank shall update its records and any applicable notices to reflect the corrected monthly mortgage payment of $1,603.98.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com