**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICK OF MISSISSPPI

IN RE: Chad S Ort CASE NO. 25-50935 KMS

ORDER ON TRUSTEE'S MOTON TO INCREASE THE PLAN PAYMENT

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Motion to Increase Plan Payment (DK # 61), and the Court finds that the Increase is no longer needed.

IT IS, THEREFORE, ORDERED AND ADJUDGED That the Motion to Increase Plan Payment is withdrawn.

##END OF ORDER##

David Rawlings, Trustee
P. O. Box 566
Hattiesburg, MS 39403
(601)582-5011