**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 16, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Chad Steven Ort, Debtor** **Case No. 25-50935-KMS**
**CHAPTER 13**

# ORDER WITHDRAWING DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

THIS CAUSE having come on for consideration on the Objection to Notice of Mortgage Payment Change (Dk#63) and the Court, being advised that the Counsel for the Debtor wishes to withdraw the Objection, does hereby order as follows:

IT IS THEREFORE ORDERED that the Objection to Notice of Mortgage Payment Change is hereby withdrawn.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com